UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAVID AARON NELSON | * | CIVIL ACTION NO. 2:16-CV-745 |
| v. | * | |
| KEITH COOLEY | * | JUDGE DONALD E. WALTER |
| | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. #10] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, noting the absence of any objections, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 18th day of December, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE